United States Bankruptcy Court
District of Arizona

In re: Case No. 26-07921-MCW
SERENA INEZ RIBERAL Chapter 7
Debtor

# CERTIFICATE OF NOTICE



The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SERENA INEZ RIBERAL, 16911 W. COCOPAH STREET, GOODYEAR, AZ 85338-7360 |
| 18264231 | | Adelante HealthCare, 3003 N Central Ave, Mesa AZ 85201 |
| 18264232 | + | Arizona Desert Ear Nose and Throat, 13555 W McDowell Rd, Ste 209,, Goodyear AZ 85395-2628 |
| 18264235 | + | Biltmore ENT Facial Plastics and Alergie, 18700 N. 64th Drive, Suite #105A, Glendale AZ 85308-7110 |
| 18264254 | + | Wendy Gillot, 2005 N. Central Avenue, Phoenix AZ 85004-1545 |
| 18264239 | + | department of child safety, 3003 N Central Ave, Phoenix AZ 85012-2902 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tom@cutlerltd.com | Aug 11 2026 00:21:00 | THOMAS ADAMS MCAVITY, Phoenix Fresh Start Bankruptcy Attorneys, 4131 Main Street, Skokie, IL 60076-2780 |
| tr | + | EDI: QEHALEY.COM | Aug 11 2026 04:04:00 | ERIC M. HALEY, PO BOX 13390, SCOTTSDALE, AZ 85267-3390 |
| smg | | EDI: AZDEPREV.COM | Aug 11 2026 03:58:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 18264233 | + | Email/Text: PBMBadDebt@bannerhealth.com | Aug 11 2026 00:21:00 | Banner Health, PO Box 52616, Phoenix AZ 85072-2616 |
| 18264234 | + | Email/Text: PBMBadDebt@bannerhealth.com | Aug 11 2026 00:21:00 | Banner Health, Attn: Legal Department, 2901 N. Central Ave., Ste. 160, Phoenix AZ 85012-2702 |
| 18264238 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 11 2026 00:21:00 | Citizens One, Attn; Bankruptcy, One Citizens Plaza, Providence RI 02903 |
| 18264236 | + | EDI: JPMORGANCHASE | Aug 11 2026 03:58:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington DE 19850-5299 |
| 18264237 | + | EDI: CITICORP | Aug 11 2026 04:04:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis MO 63179-0040 |
| 18264240 | + | EDI: DISCOVER | Aug 11 2026 03:58:00 | Discovercard, Po Box 30939, Salt Lake City UT 84130-0939 |
| 18264241 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 11 2026 00:21:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 951 Yamato Road, Suite 175, Boca Raton FL 33431-4444 |
| 18264242 | ^ | MEBN | Aug 11 2026 00:16:25 | Honor Health, POB 845633, Los Angeles CA 90084-5633 |
| 18264243 | | Email/Text: govtaudits@labcorp.com | Aug 11 2026 00:21:00 | LabCorp, P.O. Box 2240, Burlington NC 27216 |

| | | | | |
|---|---|---|---|---|
| 18264245 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 00:23:57 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville SC 29602-1269 |
| 18264247 | | Email/Text: ml-ebn@missionlane.com | Aug 11 2026 00:21:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta GA 30348 |
| 18264246 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2026 00:22:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 18264251 | + | EDI: AZDEPREV.COM | Aug 11 2026 03:58:00 | State of AZ, 2005 N Central Avenue, PO Box 52138, Phoenix AZ 85072-2138 |
| 18264252 | + | EDI: WTRRNBANK.COM | Aug 11 2026 04:04:00 | Target, co Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis MN 55440-9475 |
| 18264253 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 11 2026 00:22:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 22171, Tempe AZ 85285-2171 |
| 18264248 | + | Email/Text: shaylyn.levering@goodhealthfinancial.com | Aug 11 2026 00:23:00 | my Dr. Now, 261 N Roosevelt Avenue, Chandler AZ 85226-2617 |
| 18264249 | + | Email/Text: legal@phoenixchildrens.com | Aug 11 2026 00:22:00 | phoenix childrens hospital, 1919 E Thomas Rd, Phoenix AZ 85016-7710 |
| 18264250 | ^ | MEBN | Aug 11 2026 00:15:39 | phoenix childrens hospital, POB 743421, Los Angeles CA 90074-3421 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18264244 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Labcorp, PO Box 2240, Burlington NC 27216-2240 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIC M. HALEY | trustee@haley-law.com emhaley@ecf.axosfs.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor SERENA INEZ RIBERAL tom@cutlerltd.com documents@phxfreshstart.com |
| U.S. TRUSTEE | |

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | SERENA INEZ RIBERAL<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–4244 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Arizona | Date case filed for chapter: | 7 8/7/26 |
| Case number: | 2:26–bk–07921–MCW | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | SERENA INEZ RIBERAL | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 16911 W. COCOPAH STREET<br>GOODYEAR, AZ 85338 | |
| 4. | **Debtor's attorney**<br>Name and address | THOMAS ADAMS MCAVITY<br>Phoenix Fresh Start Bankruptcy Attorneys<br>4131 Main Street<br>Skokie, IL 60076–2780 | Contact phone 602–598–5075<br>Email: tom@cutlerltd.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ERIC M. HALEY<br>PO BOX 13390<br>SCOTTSDALE, AZ 85267 | Contact phone 602–218–5136<br>Email: trustee@haley–law.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 8/10/26 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 15, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 906 123 7055, and Passcode 0641314055, OR call 1–602–675–9978** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | | |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/16/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(6)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |